UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
PHILIP BAUCH,

                            Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
---------------------------------------------------------------- x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 1 6 2013 ★

BROOKLYN OFFICE

**MEMORANDUM AND ORDER**

No. 13-CV-3747 (ENV)

**VITALIANO, D.J.**

    Having reviewed these proceedings, the Court has determined that the interests of justice would best be served by the appointment of counsel to represent plaintiff. Accordingly, pursuant to 28 U.S.C. § 1915(e)(1), the Clerk of Court is directed to appoint an attorney selected from the Pro Bono Panel to represent plaintiff. The assigned attorney shall file a notice of appearance with thirty (30) days of receipt of the notice of appointment, or shall file an application for relief from appointment. Plaintiff's request for *in forma pauperis status* is granted.

    SO ORDERED.

                                                    /S/ Judge Eric N. Vitaliano
                                                    _____
                                                    ERIC N. VITALIANO
                                                    United States District Judge

Dated: Brooklyn, New York
       July 16, 2013